PALMER, J.
H.C. (mother) appeals the final order entered by the trial court denying her motion to re-open her children’s dependency case in order to modify the trial court’s previously entered order placing children in permanent guardianship with their paternal grandparents.[1] We affirm the trial court’s order because, contrary to the mother’s claim otherwise, it is the parent’s burden of proving that the safety, well-being, and physical, mental, and emotional health of the child(ren) would not be endangered by reunification; the Department of Children and Families has no burden of proof in reunification proceedings.
AFFIRMED.
TORPY, C.J. and LAMBERT, J., concur.

. Jurisdiction is proper pursuant to rule 9.030(b)(1) of the Florida Rules of Appellate Procedure. See also J.M. v. Dep't of Children & Families, 969 So.2d 491, 492 (Fla. 5th DCA 2007).